■ ROSALIND WILSON, Appellant, v STATE OF NEW YORK, Respondent.—Judgment unanimously affirmed, without costs, on the opinion at Court of Claims, Lengyel, J. (Appeal from judgment of Court of Claims—apppropriation.) Present—Dillon, P. J., Cardamone, Schnepp, Doerr and Witmer, JJ.

■ JOSE M. CARTAGENA et al., Appellants, v THOMAS DE MARE et al., Defendants, and JAMES DE MARE, Doing Business as THOMAS DE MARE REAL ESTATE, Respondent.—Order unanimously affirmed, without costs. As did the parties, we treat the appeal as being from the order and the judgment entered thereon. (Appeal from order Oneida Supreme Court—dismiss complaint.) Present—Dillon, P. J., Cardamone, Schnepp, Doerr and Witmer, JJ.